# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AUDRAE ESCOBAR, an Individual; CHRISTINE ORTIZ, an Individual; and DEBORA TEMPLETON, an Individual,<br><br>     Plaintiffs,<br><br>   v.<br><br>CEC ENTERTAINMENT, INC., a Kansas Corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | **Case Number:**   2:17-cv-00428-JLS-KK<br><br>*(Assigned to Hon. Josephine L. Staton)*<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   November 23, 2016<br>Removed to Fed. Ct.:   January 19, 2017<br>Trial Date:   June 5, 2018 |

1

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice, in its entirety and as to all current and former defendants, pursuant to *Federal Rules of Civil Procedure,* Rule 41(a). Each party shall bear their/its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of any Settlement Agreement between the parties.

IT IS SO ORDERED.

DATED: August 23, 2017

_____
Hon. Josephine L. Staton
United States District Judge